UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01983-REB-MJW

LYNNDA JOHNSON,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO and
CENTURA HEALTH ST. MARY-CORWIN MEDICAL CENTER,

Defendants.

---

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
( Docket No. 10 )

---

This matter having come before the Court upon Defendants' Second Unopposed Motion for Enlargement of Time to respond to Plaintiff's Complaint, and the Court having reviewed the motion and being fully advised,

IT IS HEREBY ORDERED that the Second Unopposed Motion for Enlargement of Time is granted. Defendants are hereby given up to and including February 12, 2007 in which to respond to Plaintiff's Complaint.

DONE this 12th day of February, 2007.

BY THE COURT

/s/ Michael J. Watanabe
~~U.S. DISTRICT COURT JUDGE~~

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

4849-6871-6033.1